NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DAVID SCOTT HASTINGS,       )
                                       )

     Appellant,            )
                                       )

v.                            )     Case No. 2D17-1434
                                       )

ELAINE LYNN SIRT-HASTINGS,   )
                                       )

     Appellee.            )
_____)

Opinion filed November 8, 2019.

Appeal from the Circuit Court for Lee
County; John S. Carlin, Judge.

Christopher H. Brown of Brown, Suarez,
Rios & Weinberg, P.A., Fort Myers, for
Appellant.

Elaine Lynn Sirt-Hastings, pro se.


PER CURIAM.


       Affirmed.


CASANUEVA, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.